**Charles Wilton PETTY, Appellant,**

v.

**The STATE OF GEORGIA, Appellee.**

**No. 25560.**

United States Court of Appeals
Fifth Circuit.

June 14, 1968.

Charles Wilton Petty, pro se.

Arthur K. Bolton, Atty. Gen., Marion O. Gordon, Asst. Atty. Gen., John W. Hinchey, Atlanta, Ga., for appellee.

Before THORNBERRY and SIMPSON, Circuit Judges, and SUTTLE, District Judge.

PER CURIAM:

The judgment of the district court is Affirmed. Henderson v. Circuit Court, 5th Cir. 1968, 392 F.2d 551; Harper v. State of Missouri, 5th Cir. 1968, 395 F.2d 769.

**Willie Mason BELYUE, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 24834.**

United States Court of Appeals
Fifth Circuit.

May 20, 1968.

Calvin Whitesell, Montgomery, Ala., for appellant.

Ben Hardeman, U. S. Atty., Jack B. Patterson, Asst. U. S. Atty., Montgomery, Ala., for appellee.

Before BROWN, Chief Judge, WISDOM, Circuit Judge and BREWSTER, District Judge.

PER CURIAM:

The appellant was convicted on three counts, two of which charged him with selling untaxed whiskey, and the other with possessing unstamped whiskey.

The complaint on this appeal is the same as that raised in Porter v. United States, 5 Cir., 394 F.2d 508, in which we have this day held the point to be without merit. The holding is the same here, and the judgment is affirmed.

Affirmed.

**Leroy MATTHEWS, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 24796.**

United States Court of Appeals
Fifth Circuit.

June 17, 1968.

Rehearing Denied July 30, 1968.

John P. Keegan, New Orleans, La., for appellant.

Louis C. LaCour, U. S. Atty., John C. Ciolino, Harry Connick, H. P. Rowley, III, Asst. U. S. Attys., New Orleans, La., for appellee.

Before WISDOM and COLEMAN, Circuit Judges, and BOYLE, District Judge

PER CURIAM:

This appeal from appellant's conviction by a jury of violations of Sections 4704 (a) and 4705(a) of Title 26, U.S.C., is wholly without merit. The judgment is affirmed.